# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IBEW LOCAL NO. 150 WELFARE FUND, )
IBEW LOCAL NO. 150 PENSION FUND, )
IBEW LOCAL NO. 150 SUPPLEMENTAL )
PENSION FUND, NATIONAL ELECTRICAL )
BENEFIT FUND, LAKE COUNTY ELECTRICAL )
JOINT APPRENTICESHIP & TRUST FUND, )
IBEW LOCAL NO. 150 VACATION FUND, )
NECA-IBEW NATIONAL LABOR- )
MANAGEMENT COOPERATION FUND, IBEW )
LOCAL NO. 150 ADMINISTRATIVE )
MAINTENANCE FUND, and IBEW LOCAL )
NO. 150 WORKING ASSESSMENT FUND, )
)
                Plaintiffs, )
)
VS )
)
AUTOMATION & NETWORK SOLUTIONS, )
INC., an Illinois Corporation, )
)
                Defendant, )

Case No. 12 CV 05207

Judge: James B. Zagel

Magistrate Judge: Nan R. Nolan

## **MEMORANDUM OF JUDGMENT**

On September 13, 2012, Judgment was entered in favor of the Plaintiffs, IBEW LOCAL NO. 150 WELFARE FUND, IBEW LOCAL NO. 150 PENSION FUND, IBEW LOCAL NO. 150 SUPPLEMENTAL PENSION FUND, NATIONAL ELECTRICAL BENEFIT FUND, LAKE COUNTY ELECTRICAL JOINT APPRENTICESHIP & TRUST FUND, IBEW LOCAL NO. 150 VACATION FUND, NECA-IBEW NATIONAL LABOR- MANAGEMENT COOPERATION FUND, IBEW LOCAL NO. 150 ADMINISTRATIVE MAINTENANCE FUND, and IBEW LOCAL NO. 150 WORKING ASSESSMENT FUND, and against Defendant, AUTOMATION & NETWORK SOLUTIONS, INC., an Illinois Corporation, in the total amount of $19,170.84.
DATED:

ENTER: _____
Honorable Judge James B. Zagel
U.S. District Judge

SEP 1 3 2012

John F. Etzkorn
ARNOLD AND KADJAN
203 N. LaSalle St., Suite 1650
Chicago, IL 60601
Tel: (312) 236-0415